✎ AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

WESTERN **DISTRICT OF** TEXAS

| UNITED STATES OF AMERICA | **EXHIBIT AND WITNESS LIST** |
|---|---|
| V. | |
| EDUARDO BACA | Case Number: SA:21-CR-00226(1)-XR |

| PRESIDING JUDGE<br>XAVIER RODRIGUEZ | PLAINTIFF'S ATTORNEY<br>DAPHNE NEWAZ | DEFENDANT'S ATTORNEY<br>ALEX SCHARFF |
|---|---|---|
| TRIAL DATE (S)<br>OCTOBER 5, 2022 | COURT REPORTER<br>GIGI SIMCOX | COURTROOM DEPUTY<br>SYLVIA HERNANDEZ |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  | D-1 | 10/5/2022 | D-1 |  | CERTIFICATE OF COMPLETION-SUCCCESSFULLY COMPLETING BEHAVIOR CHANGE |
|  | D-2 | 10/5/2022 | D-2 |  | CERTIFICATE OF COMPLETION FOR SUCCESSFULLY COMPLETING CONFLICT RESOLUTION |
|  | D-3 | 10/5/2022 | D-3 |  | CERTIFICATE OF COMPLETION FOR SUCCESSFULLY COMPLETING CAREER RESOURCES |
|  | D-4 | 10/5/2022 | D-4 |  | CERTIFICATE OF COMPLETION FOR SUCCESSFULLY COMPLETING ENTRENEURSHIP |
|  | D-5 | 10/5/2022 | D-5 |  | CERTIFICATE OF COMPLETION FOR SUCCESSFULLY COMPLETING EXERCISING |
|  | D-6 | 10/5/2022 | D-6 |  | CERTIFICATION OF COMPLETION FOR SUCCESSFULLY COMPLETING COMMUNITY REUNI |
|  | D-7 | 10/5/2022 | D-7 |  | CERTIFICATION OF COMPLETION FOR SUCCESSFULLY COMPLETING SUBSTANCE ABUSE |
|  | D-8 | 10/5/2022 | D-8 |  | CERTIFICATE OF COMPLETION FOR SUCCESSFULLY COMPLETING TIME MANAGEMENT |
|  | D-9 | 10/5/2022 | D-9 |  | CERTIFICATE OF COMPLETION FOR SUCCESSFULLY COMPLETING ANGER MANAGEMENT |
|  | D-10 | 10/5/2022 | D-10 |  | CERTIFICATE OF COMPLETION FOR SUCCESSFULLY COMPLETING BASIC EDUCATION |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of    1    Pages